UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NIKOLE J. HANSEN,<br><br>              Plaintiff,<br><br>v.<br><br>JEROME JOINT SCHOOL DISTRICT #261,<br><br>              Defendant. | Case No. 1:11-cv-00073-CWD<br><br>**JUDGMENT** |

   The parties having filed a Stipulation of Dismissal, (Dkt. 34), and finding good cause therefore,  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation of Dismissal (Dkt. 34) is APPROVED, and that this case is **DISMISSED WITH PREJUDICE**, and with each party to bear its own attorney fees and costs.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

Dated: **June 15, 2012**

Honorable Candy W. Dale
United States Magistrate Judge

JUDGMENT - 1